**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMBALISE DRAKES,

    Plaintiff,

v.                                        Case No: 8:15-cv-2226-T-30TBM

JP MORGAN CHASE & CO.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Joint Motion of Dismissal (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion of Dismissal (Dkt. #4) is GRANTED.

2. This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2015.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-2226 dismiss 4.docx